**PILOT TRAVEL CENTERS, LLC, Appellee,**

v.

**HIGHLAND DEVELOPMENT CORPORATION, Appellant.**

**No. 05–2175.**

United States Court of Appeals, Eighth Circuit.

Submitted May 26, 2006.

Decided June 2, 2006.

Peter G. Kumpe, Kelly S. Terry, Beth M. Deere, John Kooistra, III, Williams & Anderson, Little Rock, AR, for Appellee.

James M. Mchaney, Jr., Paula Jamell Storeygard, Hilburn & Calhoon, North Little Rock, AR, for Appellant.

Before MURPHY, BEAM, and COLLOTON, Circuit Judges.

## PER CURIAM.

Highland Development Corp. appeals from the district court's [1] adverse grant of summary judgment requiring specific performance of a purchase option under a lease agreement between Highland Development Corp. and Pilot Travel Centers LLC.

Reviewing de novo both the district court's construction of the lease and the court's interpretation of applicable Arkansas law, *see Sligo, Inc. v. Nevois,* 84 F.3d 1014, 1019 (8th Cir.1996) (standards of review), we agree with the district court's conclusion that Pilot Travel Centers LLC gave timely and effective notice of its intent to exercise the purchase option under the lease agreement. Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.